IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:13-CR-86-CAR |
| | : |
| v. | : VIOLATION: 21 U.S.C. § 841 (a)(1) |
| | :              21 U.S.C. § 841 (b)(1)(C) |
| DERRICK DeSHAUN WRIGHT | : 18 U.S.C. § 2 |
| | : |

THE GRAND JURY CHARGES:

### COUNT ONE
### POSSESSION WITH INTENT TO DISTRUBUTE COCAINE BASE

That on or about January 24, 2013, in the Macon Division of the Middle District of Georgia,

**DERRICK DeSHAUN WRIGHT,**

aided and abetted by others unknown to the Grand Jury, did unlawfully and knowingly possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT TWO
### POSSESSION WITH INTENT TO DISTRUBUTE COCAINE BASE

That on or about March 15, 2013, in the Macon Division of the Middle District of Georgia,

**DERRICK DeSHAUN WRIGHT,**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully and knowingly possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21,

United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __11th__ *day of*
__December__, A.D. 20 __13__.

_____
Deputy Clerk